Mark Ankcorn (166871)
ANKCORN LAW FIRM, PC
110 Laurel Street
San Diego, CA 92101
Telephone:  (619) 870-0600
Facsimile:   (619) 684-3541
mark@markankcorn.com

Gayle M. Blatt, SBN 122048
Jason C Evans, SBN 272932
Jeremy Robinson, SBN 188325
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA  92101
Telephone: (619) 238-1811
Facsimile:   (619) 544-9232
gmb@cglaw.com
jevans@cglaw.com
jrobinson@cglaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEENA PATEL AERON, VIRGIL JOSE, JEANNE JOSE, FERNANDO VELLOSO, and FRANNE EINBERG, on behalf of themselves and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>23andMe, Inc.,<br><br>  Defendant. | CASE NO.  '13CV2847 JAH   JMA<br><br>**NOTICE OF APPEARANCE** |

Notice is hereby given of the entry of the undersigned as counsel for plaintiffs in the above-entitled action and requests that he be added as Attorney to be Noticed on the Court's ECF system.

Pursuant to Fed. R. Civ P. 5, all further notice and copies of pleadings, papers and other material relevant to this action should also be directed to and served upon:

Jason C. Evans (jevans@cglaw.com)

Casey Gerry Schenk Francavilla Blatt & Penfield LLP

110 Laurel Street

San Diego, CA 92101

DATED: December 30, 2013                    CASEY GERRY SCHENK
                                                                FRANCAVILLA BLATT
                                                                 & PENFIELD, LLP


By:   s/Jason C. Evans
       JASON C. EVANS
       Attorneys for Plaintiffs
       jevans@cglaw.com

Casey, Gerry, Schenk, Francavilla, Blatt & Penfield, LLP

Page 2

NOTICE OF APPEARANCE